of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 1.) — Decree of the Surrogate's Court of Richmond county affirmed, without costs. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Probate of the Nuncupative Will of AUGUST WALTER BUSS, Late of the County of Richmond. WILLIAM FRANK, Individually and as Administrator, etc., of MARY FRANK, Deceased, Appellant; RANDINE KARLSEN, Respondent. (Appeal No. 2.) — Order denying motion to resettle order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of MICHAEL CRANE, Respondent, to Prove the Last Will and Testament of PATRICK CRANE, Deceased. MARY A. ROUSE and Others, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Blackmar, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Estate of ROBERT DAVIS, JR., Deceased. AARON DAVIS, as Coadministrator and as Attorney in Fact of ROBERT DAVIS, etc., Appellant; SARAH H. CORWITH and Another, Administrators, etc., Respondents.— Order of the Surrogate's Court of Suffolk county unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

In the Matter of the Application of ADELE MELLOR, Respondent, for a Writ of Habeas Corpus for the Discharge of HELEN G. MELLOR, v. MARY HINKLEY, Superintendent of the New York Training School for Girls at Hudson, N. Y., Appellant, Impleaded with Another.— Order reversed, and defendant discharged, on the ground that the petition was insufficient to warrant the issuance of the writ. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

In the Matter of the Petition of AMY B. PALMER, Respondent, to Modify Judgment of Divorce between Said AMY B. PALMER and LOWELL M. PALMER, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ., concur.

IRVING LASH, Appellant, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and DORFMAN REALTY COMPANY, INC., Respondents, Impleaded with JOSEPH SIMON and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) (Appeal No. 1.) — Order of the County Court of Queens county, vacating previous order obtained ex parte, affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

CATHERINE MARA, Plaintiff, v. LEBANON TERRACE BUILDERS, INC., and Others, Defendants, Impleaded with HENRY C. ROSE, Appellant. (Actions 1 and 2.) JOHN E. L. BEALS, Plaintiff, v. LEBANON TERRACE BUILDERS, INC.,